# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

TURF PRO SYNTHETICS, LLC k/n/a
MONKEY BUSINESS PROPERTIES,
LLC d/b/a GREEN MONKEY TURF,
and JEFFREY JENNINGS,

Appellants,

v.

CSCH, LLC,

Appellee.

No. 2D2025-1578

————————————————

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Hillsborough County; Melissa Polo, Judge.

Derek A. DiPasquale, Bradenton, for Appellants.

Lindsay Patrick Lopez and Amy L. Drushal of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. Tampa, for Appellee.

PER CURIAM.

Dismissed.

VILLANTI, MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.